IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JESUS ORDONEZ,**

    **Plaintiff,**

vs.            No. CV-11-560 WJ/ACT

**E. BRAVO, Warden, et al.,**

    **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court on the Report and Recommendation of United States Magistrate Judge Alan C. Torgerson, filed February 19, 2013 [Doc. 20], regarding Plaintiff's civil rights action pursuant to 42 U.S.C. § 1983. Objections to the Report and Recommendation were due on March 8, 2013. The parties did not file any objections.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 20] is adopted and that Plaintiff's retaliation claim against Defendant Strickland be dismissed, without prejudice, for failure to exhaust administrative remedies.

 

_____
**WILLIAM P. JOHNSON**
**United States District Judge**